UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

MICHELLE C. RIMBOECK,

Case No.:        14-36790-JKO
In proceedings under Chapter 13

     Debtor.
_____/

### DEBTOR'S MOTION TO CONTINUE AUTOMATIC STAY

COMES NOW, Debtor, MICHELLE C. RIMBOECK (hereinafter referred to as "**Debtor**"), by and through undersigned counsel, and pursuant to 11 U.S.C. §362(c)(3)(B) and 11 U.S.C. §105, and for the entry of an Order to Continue the Automatic Stay of her Chapter 13 case against all creditors, and in support thereof states as follows:

1. On December 8, 2014, the Debtor filed the instant case by the filing of a voluntary Chapter 13 bankruptcy petition.

2. Debtor was previously a party to a proceeding under Chapter 13, (Case No.: 13-34622-JKO) which was pending within the year preceding the commencement of the instant case.

3. The previous Chapter 13 case was dismissed by Order for Debtor's failure to make payments under the proposed Chapter 13 plan. On March 6, 2014, the Court entered an Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan [D.E. 32], with 180 day prejudice period.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b), 28 U.S.C. §157(a) and 11 U.S.C. §362(d). Additionally this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

{00025933}

5. When the Debtor filed the previous bankruptcy, she was attempting to modify her mortgage. The Debtor failed to make payments under the plan, but now has more successful employment and additional household income that would allow the successful payment of a loan modification.

6. The Debtor has fought long and hard to save her home and the Debtor will be participating in the MMM Program and accordingly will provide adequate protection payments in his plan for her homestead to the secured lender, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2007-WFHE2, as serviced by Wells Fargo Bank, N.A..

7. Debtor seeks to responsibly address her debts consistent with the applicable Bankruptcy Code provisions.

**WHEREFORE,** the Debtor, MICHELLE C. RIMBOECK, respectfully request that this Honorable Court extend the automatic stay provisions of 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, and for any and all further relief that his Honorable Court deems just proper and appropriate under the circumstances.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and a true and correct copy of the foregoing has been sent by U.S. Mail to the attaches service list on 18th day of Dec,, 2014.

Dated: December 18, 2014             Respectfully submitted,

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

 /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK (FBN: 728081)
FLORIDA BAR NO. 728081
ATTORNEY FOR DEBTOR: MICHELLE C. RIMBOECK
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:       561.265.1120
FACSIMILE:        561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

{00025933}

| | | |
|---|---|---|
| Michelle C. Rimboeck<br>5102 S. University Dr.<br>Davie, FL 33322 | Robin Weiner, Trustee<br>(electronically sent) | Office of the US Trustee<br>(electronically sent) |
| AFNI Inc.<br>404 Brock Drive<br>POB 3427<br>Bloomington, IL 61702-3427 | AFNI Inc.<br>1310 MLK Dr.<br>POB 3517<br>Bloomington, IL 61702-3517 | Ars Account Resolution<br>1801 Nw 66th Ave<br>Ste. 200<br>Plantation, FL 33313 |
| Balanced Healthcare Receivables, LLC<br>164 Burke Street, Ste 201<br>Nashua, NH 3060 | Bank of America CC<br>100 N. Tryon Street<br>Charlotte, NC 28255 | Calvary Port<br>500 Summit Lake Dr.<br>Ste 400<br>Valhalla, NY 10595 |
| Carter-Young, Inc.<br>POB 82269<br>Conyers, GA 30013 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096 |
| Gulf Coast Collection<br>5630 Marquesas Cir.<br>Sarasota, FL 34233 | Hsbc Bank<br>Po Box 9<br>Buffalo, NY 14240 | Hsbc Bank<br>2929 Walden Ave<br>Depew, NY 14043 |
| IRS<br>POB 621503<br>Atlanta, GA 30362-1503 | Kohl's<br>POB 3043<br>Milwaukee, WI 53201-3043 | Linebarger Goggan Blair et. al.<br>POB 01-1861<br>Miami, FL 33101-1861 |
| Midland Funding<br>8875 Aero Dr.<br>Ste. 200<br>San Diego, CA 92123 | New Century Mortgage C<br>18400 Von Karman Ave<br>Irvine, CA 92612 | Saddle Up Townhomes Assoc., Inc.<br>c/o Blue Crest Mgmt.<br>2962 Trivium Circle, Ste. 203<br>Fort Lauderdale, FL 33312 |
| Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Wilshire Credit Corp<br>450 American St # Sv416<br>Simi Valley, CA 93065 |
| Ron R. Wolfe & Associates, P.L.<br>POB 25018<br>Tampa, FL 33622-5018 | | |

{00025933}